UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| NOEL JUNIOR TCHANGO, | |
| Petitioner, | |
| v. | No. 1:25-CV-00211-H |
| MARCELLO VILLEGAS, | |
| Respondent. | |

### ORDER CONSOLIDATING CASES

Petitioner, proceeding pro se, filed two separate 28 U.S.C. § 2241 habeas petitions dated August 26, 2025. In both petitions, Petitioner challenges the legality of his immigration detention at the Bluebonnet Detention Center on the same grounds.

Under these circumstances, the Court finds that the petitions contain common questions of law and fact, enough that they should be consolidated into one civil action. *See* Fed. R. Civ. P. 42(a).

The Court therefore orders the following:

1. The Clerk shall transfer all of the pleadings in No. 1:25-CV-00211-H to No. 1:25-CV-00200-H. Any future filings that are related to these cases should bear No. 1:25-CV-00200-H.

2. The Clerk shall file a copy of this order in No. 1:25-CV-00200-H.

3. The Clerk shall administratively close No. 1:25-CV-00211-H.

Dated November 17, 2025.

JAMES WESLEY HENDRIX
United States District Judge